UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Shelley J Tynan                                                     Case No.  14-45778
Debtor.                                                              Hon. Walter Shapero
                                                                     Chapter 13

_____/

**Debtor's Chapter 13 Confirmation Hearing Statement**

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ____ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved.  I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.  The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts.  The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

     Trustee Objections:

     Creditor # 1:
     Objections:
     Issues:

3. __x_ Request an adjournment of the confirmation hearing to 2 weeks after June 30, 2014 to resolve outstanding objections.

4. ___ Dismiss the case.  [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ___ Convert the case to chapter 7.  [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ___ Re-convert the case to chapter 7.  [The case will remain on the docket and parties will have an opportunity to be heard.]

                                                     Respectfully Submitted,

                                                     **MIKE DILAURA & ASSOCIATES, P.C.**

Dated:  June 23, 2014                                ___/S/ Michael DiLaura_____
                                                     Michael P. DiLaura (P63958)
                                                     Attorneys for Debtor
                                                     105 Cass Avenue
                                                     Mt. Clemens, MI 48043
                                                     (586) 468-5600
                                                     Email: miked@mikedlaw.com