UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Shelley J Tynan  Case No. 14-45778
Debtor.  Hon. Walter Shapero
 Chapter 13

_____/

## Debtor's Chapter 13 Confirmation Hearing Statement

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ____ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ____ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

 Trustee Objections:

 Creditor # 1:
 Objections:
 Issues:

3. __x__ Request an adjournment of the confirmation hearing scheduled for February 23, 2015 to April 13, 2015 to resolve outstanding objections.

4. ____ Dismiss the case. [The Court will enter an order of dismissal and the case will be removed from the docket.]

5. ____ Convert the case to chapter 7. [The Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. ____ Re-convert the case to chapter 7. [The case will remain on the docket and parties will have an opportunity to be heard.]

 Respectfully Submitted,

 **MIKE DILAURA & ASSOCIATES, P.C.**

Dated: February 18, 2015  ___/S/ Michael DiLaura_____
 Michael P. DiLaura (P63958)
 Attorneys for Debtor
 105 Cass Avenue
 Mt. Clemens, MI 48043
 (586) 468-5600
 Email: miked@mikedlaw.com