UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  CHAPTER 13
 CASE NO. 14-45778
Shelley Tynan, JUDGE Walter Shapero
Debtor.
_____/

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

**IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3,000.00 shall be paid by the Trustee as an administrative expense of this case.**

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ☐ The Debtor shall remit _____% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
- ☐ The Debtor's Plan shall continue for no less than _____ months.
- ☒ The Debtor's Plan payments shall be increased to $3,656.91 per month effective the 18th day of July, 2015.
- ☐ Creditors rights to object to the last filed Modified Plan are preserved until_____
- ☐ In the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.
- ☒ Other: Chapter 13 Trustee reserves the right to object to budget items if dividend ever drops below 100%.
- ☒ Creditor CitiMortgage, Inc. shall be treated pursuant to its duly filed proof of claim as a Class 4.1 claim in the amount of $2,329.95 and Class 4.2 pre-petition arrears of $61,682.27.

| APPROVED | Objections Withdrawn | |
|---|---|---|
| **/s/ Tammy L. Terry** | /s/ Crystal L. Price (w/changes) | /s/Michael P. DiLaura |
| TAMMY L. TERRY (P46254)<br>KIMBERLY SHORTER-SIEBERT (P49608)<br>MARILYN R. SOMERS-KANTZER (P52488) | For Creditor: TROTT LAW, P.C.<br>Crystal Price-Buckley (P69921)<br>31440 Northwestern Highway, Ste 200<br>Farmington Hills, Michigan 48334 | Michael P. DiLaura (P63958)<br>Attorney for Debtor<br>Mike DiLaura & Associates, PC |
| Chapter 13 Trustee<br>535 Griswold Street<br>2100 Buhl Building<br>Detroit, MI 48226<br>313-967-9857 | Objections Withdrawn<br><br>For Creditor: | 105 Cass Avenue<br>Mount Clemens, MI 48043<br>(586) 468-5600<br>miked@mikedlaw.com |

**Signed on July 17, 2015**

                                                           **/s/ Walter Shapero**
                                                        **Walter Shapero**
                                                        **United States Bankruptcy Judge**